**Electronically Filed**
**Supreme Court**
**SCWC-11-0000752**
**01-MAR-2012**
**01:22 PM**

NO. SCWC-11-0000752

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

JANIS COWSER, Petitioner/Plaintiff-Appellant,

vs.

GOVERNOR NEIL ABERCROMBIE, et al.,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. CAAP-11-0000752; CIVIL NO. 11-1-120)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Petitioner/plaintiff-appellant Janis Cowser's

application for writ of certiorari, filed on January 20, 2012,

is hereby rejected.

DATED: Honolulu, Hawaiʻi, March 1, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

